IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DON SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11CV0079 SWW |
| | * | |
| | * | |
| TIMOTHY WALLEY and | * | |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The motion [doc.#60] of plaintiff to seal his response [doc.#55] to defendant's motion for summary judgment is hereby GRANTED.

It is therefore **ORDERED** that plaintiff's response [doc.#55] to defendant's motion for summary Judgment be sealed.

IT IS SO ORDERED this 12th day of December 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE