IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DON SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11CV0079 SWW |
| | * | |
| | * | |
| TIMOTHY WALLEY and | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

All deadlines, including deadlines for filing motions in limine and submitting jury instructions, are hereby stayed pending the upcoming settlement conference before a Magistrate Judge. Should settlement prove unsuccessful, the Court will establish new relevant deadlines.

IT IS SO ORDERED this 3rd day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE