*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

WILLIAM DON SMITH

vs.                                                NO. 4:11CV00079   SWW

TIMOTHY WALLEY, ET AL

### ORDER OF DISMISSAL

The Court has been advised by counsel that this matter has been settled and that all issues in this lawsuit have been resolved.

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 26th day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE